JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 662 -- In re Air Crash at Cleveland, Ohio on July 20, 1983

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/09/20 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS -- American Protection Insurance co. for transfer of actions pursuant to 28 U.S.C. §1407 -- Notified involved counsel -- SUGGESTED TRANSFEREE DISTRICT: N.D. Ohio -- SUGGESTED TRANSFEREE JUDGE: Honorable George White (ds) |
| 85/09/30 | | APPEARANCES: WILLIAM H. BAUGHMAN, JR., ESQ. for American Protection Insurance Co.; ALTON L. STEPHENS, ESQ. for Gulfstream Aerospace and GAC Aircraft Corp.; EDWARD A. McCONWELL, ESQ. for Midstates Aircraft Engins, Inc.; R. LELAND EVANS, ESQ. for CAV-AIR, Inc. (cds) |
| 85/10/02 | | APPEARANCE: JOHN E. MARTINDALE, ESQ. for Teledyne Continental Motors, Aircraft Products Division, a Div. of Teledyne Industries, Inc. (cds) |
| 85/10/07 | 2 | NOTIFICATION OF ADDITIONAL ACTIONS -- Mid-States Aircraft Engines, Inc. -- w/Schedule and cert. of service (cds) RESPONSE |
| 85/10/18 | | HEARING ORDER -- MOTION OF PLAINTIFF AMERICAN PROTECTION INSURANCE CO., to transfer of A-1 thru A-3 for hearing on 11/21/85 in Portland Oregon (paa) |
| 85/10/24 | 3 | INTERESTED PARTY RESPONSE -- pltfs. Munn, Thompson and Clark -- w/cert. of service (cds) |
| 85/11/12 | 4 | MOTION FOR LEAVE TO FILE RESPONSE INSTANTER -- Cav-Air, Inc. OK TO FILE RESPONSE -- w/cert. of svc. (rh) |
| 85/11/12 | 5 | RESPONSE -- (to Pldg. #1) Cav-Air, Inc. -- w/cert. of svc. (rh) |
| 85/11/15 | 6 | RESPONSE -- (to pldg. #1) Teledyne, Inc. and Teledyne Continental Motors, Inc. -- w/cert. of svc. (rh) |
| 85/11/21 | | HEARING APPEARANCES -- JAMES KNOLL, ESQUIRE for American Protection Insurance Co.; MICHAEL KELLY, ESQUIRE for Teledyne Continental Motors, Aircraft Products Division; EDWARD A. MCCONWELL, ESQ. for Mid-States Aricraft Engines, Inc.; DEAN D. DCHINE, ESQ. for Cav-Air, Inc.; BARWICK & DILLIAN, P.A. for Eleanor P. Clark. (ds) |
| 85/11/21 | | WAIVER OF ORAL ARGUMENT -- Gulfstream Aerospace Corp. and GAC. (ds) |
| 85/11/21 | 7 | INTERESTED PARTY RESPONSE -- (to pldg. #2) pltf. Virginia Hill -- w/cert. of svc. (rh) |
| 85/11/29 | | ORDER DENYING TRANSFER OF LITIGATION -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 662 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash at Cleveland, Ohio, on July 20, 1983

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Nov. 21, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Nov. 29, 1985 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: Nov. 29, 1985

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 662 -- In re Air Crash at Cleveland, Ohio, on July 20, 1983

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | American Protection Insurance Co. v. Gulfstream Aerospace Corp. et al. | Fla.,S. Gonzalez | 85-6541-CIV-JAG | | | | |
| A-2 | American Protection Insurance Co. v. Gulfstream Aerospace Corp., et al. | Okla.,N. Brett | 85-C-688-B | | | | |
| A-3 | American Protection Insurance Co. v. Gulfstream Aerospace Corp., et al. | Ohio,N. White | C85-1872 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 662 -- In re Air Crash at Cleveland, Ohio on July 20, 1983

| | |
|---|---|
| AMERICAN PROTECTION INSURANCE CO. (A-1-3)<br>William H. Baughman, Jr., Esq.<br>Weston, Hurd, Fallon, Paisley & Howley<br>2500 Terminal Tower<br>Cleveland, OH  44113-2241 | GULFSTREAM AEROSPACE<br>GAC AIRCRAFT CORPORATION<br>Alton L. Stephens, Esq.<br>Gallagher, Sharp, Fulton & Norman<br>Sixth Floor - Bulkley Building<br>1501 Euclid Avenue<br>Cleveland, OH  44115<br><br>MIDSTATES AIRCRAFT ENGINES, INC.<br>Edward A. McConwell, Esq.<br>Cloverleaf V Building<br>Sutie 210<br>6701 West Sixty-Fourth Street<br>Overland Park, KS  66202<br><br>CAV-AIR, INC.<br>R. Leland Evans, Esq.<br>Charles W. Kitchen, Esq.<br>Kitchen, Messner & Deery<br>1305 Superior Bldg.<br>815 Superior Avenue, N.E.<br>Cleveland, OH  44114<br><br>TELEDYNE, INC.<br>TELEDYNE INDUSTRIES, INC.<br>TELEDYNE CONTINENTAL MOTORS, INC.,<br>   Air Products Division<br>John E. Martindale, Esq.<br>Benesch, Friedlander, Coplan<br>  & Aronoff<br>1100 Citizens Bldg.<br>850 Euclid Avenue<br>Cleveland, OH  44114 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 662 -- In re Air Crash at Cleveland, Ohio on July 20, 1983

| Name of Party | Named as Party in Following Actions |
|---|---|
| ✓ Gulfstream Aerospace Corp. | A-1 thru A-3 |
| GAC Aircraft Co. | A-1 thru A-3 |
| Teledyne, Inc. | A-1 thru A-3 |
| Teledyne Industries, Inc. | A-1 thru A-3 |
| Teledyne Continental Motors, Inc. Air Products Division | A-1 thru A-3 |
| ✓ Mid-States Aircraft Engines, Inc. | A-1 thru A-3 |
| Cav-Air, Inc. | A-1, A-3 |
|  |  |
|  |  |
|  |  |
|  |  |