JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 29 1985

PATRICIA D. [illegible]
[illegible] PANEL

DOCKET NO. 662

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH AT CLEVELAND, OHIO, ON JULY 20, 1983

ORDER DENYING TRANSFER

This litigation presently consists of three actions pending in three federal districts: one action each in the Southern District of Florida, Northern District of Oklahoma and Northern District of Ohio. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by American Protection Insurance Co. (APIC), the plaintiff in all actions, to transfer the Florida and Oklahoma actions to the Northern District of Ohio for coordinated or consolidated pretrial proceedings with the action pending there. One responding defendant supports APIC's motion. Two responding defendants agree that centralization is appropriate, but alternatively suggest that the appropriate transferee district is either the Western District of Oklahoma or Southern District of Florida.

On the basis of the papers filed and the hearing held, the Panel finds that Section 1407 centralization would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of the litigation. The Panel notes that all three actions before the Panel are essentially the same property damage claim pending in three different federal district courts. Additionally, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978); In re USS Trenton Disaster Litigation, 383 F. Supp. 1406, 1407 (J.P.M.L. 1974). See also Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. §1407, for transfer of the actions listed on Schedule A be, and the same thereby is DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Schedule A

MDL-662 -- In re Air Crash Disaster at Cleveland, Ohio, on July 20, 1983

Southern District of Florida

American Protection Insurance Co. v. Gulfstream Aerospace Corp. et al., C.A. No. 85-6541-CIV-JAG

Northern District of Oklahoma

American Protection Insurance Co. v. Gulfstream Aerospace Corp., et al., C.A. No. 85-C-668-B

Northern District of Ohio

American Protection Insurance Co. v. Gulfstream Aerospace Corp., et al., C.A. No. C85-1872